IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| NATHANIEL JONES | ) |
| | ) |
| v. | ) CV. NO. 06-J-8010-S |
| | ) CR. NO. 02-J-405-S |
| UNITED STATES OF AMERICA | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on April 25, 2008 recommending that the motion to vacate be denied.  On May 1, 2008 Mr. Jones filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by Jones, the Court is of the opinion that Jones's objections are due to be OVERRULED, the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion to vacate is due to be DENIED.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 9th day of May 2008.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE